# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RANDALL GRAY WEBB,     )
           )
       Petitioner,   )
           )        1:16CV806
v.                )        1:14CR23-1
           )
UNITED STATES OF AMERICA,   )
           )
       Respondent.  )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 22, 2019, was served on the parties in this action. (ECF Nos. 90, 91.) Plaintiff filed pro se objections to the Magistrate Judge's Recommendation. (ECF No. 93.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 63) and Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 78) are DENIED, that Petitioner's Motion to Accept Corrected Motion for Relief Under 28 U.S.C. § 2255 as Timely Filed (ECF No. 79) is DENIED as moot, and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 2nd day of January, 2020.

/s/ Loretta C. Biggs
United States District Judge